# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

154923-4

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

LYMANCE ENGLISH,
     Defendant-Appellee.

SC: 154923
COA: 330389
Oakland CC: 2014-250982-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

BRANDON RENAR SMITH,
     Defendant-Appellee.

SC: 154924
COA: 330390
Oakland CC: 2015-255117-FH

_____/

On order of the Court, the application for leave to appeal the October 27, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



Clerk

p0510